# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JUSTIN BURNS**  **PLAINTIFF**
**ADC #146885**

V.　　　　　　　　NO. 4:21-cv-00737-LPR-ERE

**DEMREY,** *et al.*　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.　Procedures for Filing Objections:

This Recommendation for dismissal of Mr. Burns' claims has been sent to United States District Judge Lee P. Rudofksy. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within 14 days of the date of this Recommendation. If parties do not file objections, Judge Rudofsky can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.　Discussion:

Justin Burns, an Arkansas Division of Correction inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. On April 29, 2022, Defendants moved for a Court order compelling Mr. Burns to respond to their discovery requests. *Doc. 12*. In their motion, Defendants explained that, although they attempted to resolve this

matter without Court intervention, Mr. Burns failed to respond to Defendants' March 28, 2022 good faith letter.

On May 2, 2022, the Court granted the motion and ordered Mr. Burns to file his responses to the Defendants' discovery requests with the Court within 14 days.[1] *Doc. 14.* The Court cautioned Mr. Burns that his failure to file responses, as ordered, would likely result in the dismissal of his claims, without prejudice. See Local Rule 5.5(c).

To date, Mr. Burns has not filed his responses to Defendants' discovery requests, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that:

1. Mr. Burns' claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 2, 2022 Order and to prosecute this lawsuit.

2. The Clerk be directed to close this case.

Dated this 23rd day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court denied Defendants' request to order Mr. Burns to complete the medical release attached to their discovery requests because the scope of the medical request went far beyond seeking relevant material. *Doc. 14.*